IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 18-cv-5878

Judge Robert W. Gettleman

Magistrate Judge Mary M. Rowland

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby file this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A, with leave to reinstate within ninety (90) days if the agreed settlement payment is not received. After ninety (90) days, the dismissal is with prejudice.

| NO. | DEFENDANT |
|---|---|
| 344 | gaoyuanyuangao |
| 353 | guiliana |
| 376 | huapenga |
| 377 | huapengd |
| 378 | huapengstore |
| 448 | liuyuxuan95. |
| 556 | sanglixiang |
| 567 | ShangHai H&Q Technology Co.,Ltd |
| 568 | shanghai shanming trading Ltd |
| 571 | shanming trading company |
| 622 | tangleib |
| 623 | tangleic |

| 626 | taojijitao |
|---|---|
| 660 | wangying000 |
| 678 | WMCHENNUO |
| 687 | wutongshu518 |
| 729 | yjde |
| 743 | z15839202769@163.com |
| 754 | zhao9b |
| 363 | heshengjia |
| 282 | dcshop01 |
| 241 | BI Surpass |
| 722 | Yepark |
| 714 | yada |
| 187 | 18939401239 |
| 521 | pianzhao |
| 470 | Maxjo |
| 226 | basking |
| 723 | yf02 |
| 342 | FWELL TRADING |
| 23 | richmotors2016 |
| 34 | anybestbuy |
| 117 | Shanghai Growing Industries Co., Ltd. |
| 118 | Shanghai Homepower Industries Co., Ltd. |
| 718 | Yanwen59 |
| 362 | hellohorse |
| 4 | avarsia |
| 5 | bbttu1 |
| 9 | eastar4 |
| 16 | ilooke |
| 21 | nitto1 |
| 28 | Uccgg |

| | |
|---|---|
| 833 | Top of top store |
| 73 | MasterSmartGear Store |
| 142 | Shenzhen Ruifengze Technology Co., Ltd. |
| 29 | xianchuca-0 |
| 842 | Yanoen |
| 790 | East Golden Tire |
| 829 | spraypaint |
| 784 | Binglinghua® |
| 123 | Shantou Chenghai Jinying Toys Firm |
| 110 | Quanzhou Creational Accessories Co. Limited |

DATED: December 5, 2018

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 5, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.