IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O, | |
| Plaintiffs, | Case No.: 18-cv-5878 |
| v. | Judge Robert W. Gettleman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Mary M. Rowland |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby file this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A, with leave to reinstate within ninety (90) days if the agreed settlement payment is not received. After ninety (90) days, the dismissal is with prejudice.

| NO. | DEFENDANT |
|---|---|
| 511 | Ohyes Trade |
| 709 | xumeijing |
| 297 | dress4yourlife |
| 442 | lintaofushi |
| 612 | super APP |
| 745 | zengrong |
| 285 | delcatty |
| 291 | dingxinyan |
| 514 | OrchidFarm |
| 492 | missdiva |
| 545 | rainyu |
| 736 | yujianchu |

| | |
|---|---|
| 354 | guohuihui |
| 445 | liuhui884 |
| 350 | goldyuanshuostore |
| 374 | huangwenyuan1 |
| 560 | SellMax Trade |
| 272 | Crazy Gai |
| 416 | keainvren |
| 761 | zhoulinghong1 |
| 422 | kujata515 |
| 199 | Aestheticism of beautiful women's clothing brand |
| 393 | jdjhru5478 |
| 592 | shinhwazan |
| 474 | meigui |
| 628 | taoyahan |
| 748 | zhanghongyue |
| 726 | yingxiong |
| 522 | pidding |
| 615 | suuuuuper_jo |
| 702 | xiuxiuxianxian |
| 181 | 6950 |
| 223 | baihe |
| 759 | zhouguoc1982_6 |
| 753 | zhangzhongjie |
| 563 | sexy baby LINNA |
| 379 | huazeyu |
| 546 | reqing |
| 198 | Advenland |
| 237 | Best er |
| 273 | CrazyShop |
| 365 | Hobbydragon |

| | |
|---|---|
| 429 | Leader Hitech |
| 439 | liaoshuqing |
| 508 | Noriestore |
| 597 | ShuiQiZiRan |
| 683 | Wonderful Share |
| 132 | Shantou Zhorya Toys Co., Ltd. |
| 55 | Hangzhou EZ Leisure Co., Ltd. |
| 292 | djbd |
| 269 | cjxstore |
| 541 | qtstore |
| 529 | QDKshop |
| 588 | shenzhenshiyayingshangmaoyouxiangongsi |
| 275 | cubpapa |
| 555 | SandyMarket |
| 629 | TFFashionStore |
| 480 | Merish |
| 477 | Meiya Electronic Commerce Limited |
| 523 | Pimenova |
| 602 | Siwei Fang Electronic Commerce Limited |
| 219 | Avenues |
| 572 | Sheng Mei |
| 624 | tangyu6122 |
| 771 | zhuyunmeng |
| 239 | Better_Do |
| 340 | Funoc_fashion |
| 478 | meiyixuli |
| 314 | Familyofhitech |
| 582 | shenzhenshifudisishangmaoyouxiangongsi |
| 409 | Jolin&DT |
| 497 | naersicom@outlook.com |

| | |
|---|---|
| 289 | DEYOU |
| 663 | WearFashion |
| 7 | dshaow1688 |
| 162 | Union Chance Co., Ltd. |

DATED:  December 20, 2018     Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 20, 2018 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt, Esq.