**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 18-cv-5878

Judge Robert W. Gettleman

Magistrate Judge Mary M. Rowland

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby file this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A of the Complaint.

| NO. | DEFENDANT |
|---|---|
| 293 | dmyvoty |
| 579 | Shenzhen yufang Technology co.,ltd |
| 575 | Shenzhen Guoduping Technology co.,ltd |
| 195 | abeautylady |
| 733 | yoyo-good |
| 356 | haobuhao |
| 266 | Chiants |
| 512 | OPUasgePIG |
| 671 | wet dayy |
| 206 | amuli |
| 358 | hattman |
| 313 | Fahrenheitfishinggear |
| 455 | Longtimeday |
| 535 | Qingchuan |
| 394 | jeplksx |

| 475 | MeiJiaDepartmentStorelivingroom |
|---|---|
| 494 | Modehardwaredailyuse |
| 710 | Xuqupian |
| 630 | Tgureang |
| 765 | ZhouxingHai |
| 217 | asrtgasw |

DATED: April 12, 2019                                   Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 12, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.