**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

Wham-O Holding, Ltd. )
v. )
The Partnerships and Unincorporated Associations as Identified on Schedule A )

USDC Case Number: 1:18-cv-05878

Judge: Honorable Robert W. Gettleman

## Notice of Removal of Material from the Custody of the Clerk's Office

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Wham-O Holding, Ltd.

| | | |
|---|---|---|
| 10/02/2018 | 20 | Surety BOND in the amount of $ 10,000 posted by Intersport Corp., Wham-O Holding, Ltd. (nsf, ) (Entered: 10/02/2018) |

I, Yanling Jiang, am authorized to remove the above-described documents from the court.

Signature: [signature]

Firm: Jiangip

By: N. Hagopian
/s/ Deputy Clerk

Date: Oct. 16. 2026